# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DON EVANS,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.;<br>WILLIAM B. KOLENDER, SHERIFF;<br>JOHN/JANE DOE #1, CHIEF MEDICAL OFFICER,<br><br>  Defendants. | No. 06cv0877-JM (RBB)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE [DOC. NO. 77]**<br><br>Courtroom: B<br>Magistrate Judge Ruben B. Brooks |

Upon consideration of the application of defendants County of San Diego, William B. Kolender, and Earl Goldstein, and good cause appearing therefor, the Court **GRANTS** the application of defendants for an Order continuing the Mandatory Settlement Conference.

**IT IS HEREBY ORDERED** that the Mandatory Settlement Conference is continued from October 28, 2008, to April 3, 2009, at 10:00 a.m.

DATED: October 17, 2008

RUBEN B. BROOKS
United States Magistrate Judge