IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DON EVANS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, et al.;<br>WILLIAM B. KOLENDER, SHERIFF;<br>JOHN/JANE DOE #1, CHIEF MEDICAL OFFICER,<br><br>    Defendants. | No. 06cv0877-JM (RBB)<br><br>Courtroom: 6<br>Honorable Jeffrey T. Miller<br><br>**ORDER GRANTING EX PARTE APPLICATION TO VACATE MOTION FILING DEADLINE [DOC. NO. 96]** |

Upon consideration of the application of defendants County of San Diego, William Kolender, Earl Goldstein, and Bruce Liecht, and good cause appearing therefor, the Court **GRANTS** the application of defendants for an Order vacating the last day to file motions. The last day to file motions is hereby continued to March 2, 2009. The Court will reset the deadline once the Court rules on Plaintiff's motions for default and for leave to file a third amended complaint.

DATED: December 23, 2008

*Ruben Brooks*
RUBEN B. BROOKS
United States Magistrate Judge

06cv0877-JM(RBB)