# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DON EVANS,<br><br>                    Plaintiff,<br>vs.<br><br>COUNTY OF SAN DIEGO; WILLIAM B. KOLENDER, Sheriff; DR. EARL GOLDSTEIN, County Sheriff's Medical Director; BRUCE LEICHT, Medical Administrator,<br><br>                    Defendants. | CASE NO. 06 CV 877 JM (RBB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Doc. Nos. 113, 128 |

On August 19, 2009, Magistrate Judge Ruben B. Brooks entered a Report and Recommendation. (Doc. No. 128). The Report and Recommendation, expressly incorporated herein, thoroughly and thoughtfully analyzed Plaintiff's claims and recommended that Defendant's motion for summary judgment (Doc. No. 113) be granted. Plaintiff filed objections to the Report and Recommendation, and Defendants filed a reply. (Doc. Nos. 133, 134). Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

In his objections, Plaintiff sets forth essentially the same arguments raised in his original petition. As the Report and Recommendation fully and properly responds to these arguments, the

1 court hereby adopts the Report and Recommendation in its entirety. Defendants' motion for summary
2 judgment is GRANTED.
3     **IT IS SO ORDERED.**
4 DATED: November 3, 2009

                    Hon. Jeffrey T. Miller
                    United States District Judge