# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Evans

                V.                          **JUDGMENT IN A CIVIL CASE**

Horn, et al

                              **CASE NUMBER:**    06cv877-JM(RBB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby adopts the Report and Recommendation in its entirety. Defendants' motion for summary judgment is granted.............................................................................................................................................................................................................................................................................

| November 3, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                               S/ T. Lee

                                                               (By) Deputy Clerk

                                                              ENTERED ON November 3, 2009